**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1481**

_____

RASHAD MUHAMMAD,

        Plaintiff - Appellant,

    v.

NANCY P. MUHAMMAD, a/k/a Nancy Petticolas,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:21-cv-00198-RBS-RJK)

_____

Submitted:  October 13, 2022                    Decided:  October 17, 2022

_____

Before NIEMEYER and AGEE, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Rashad Muhammad, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashad Muhammad appeals the district court's order dismissing his civil action with prejudice under 28 U.S.C. § 1915(e)(2). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Muhammad's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*